**<u>U.S. Bankruptcy Court</u>**
**<u>274 Max Rosenn U.S. Courthouse</u>**
**<u>197 South Main Street</u>**
**<u>Wilkes-Barre, PA 18701</u>**

| Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center: | THE UPDATED ADDRESS IS: |
|---|---|
| Nationstar/mr Cooper<br>350 Highland St<br>Houston, TX 77009-6623 | Mr. Copper<br>P.O. Box 619096<br>Dallas, TX  75261-9741 |
| <u>/s/Patrick A. Kane III, Esquire</u>          <br>Signature of Debtor or Debtor's Attorney | <u>August 15, 2019</u>                       <br>Date |