Undeliverable Address:
Nationstar Mortgage LLC d/b/a Mr. Cooper
8950 Cypress Waters Blvd, Coppell, Texas

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Nationstar Mortgage LLC d/b/a Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX  75019


<u>/s/Patrick A. Kane III, Esquire</u>  <u>August 23, 2019</u>
Signature of Debtor or Debtor's Attorney  Date