```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                       Case No. 19-03008-RNO
Gerard F McDowell                                            Chapter 13
Mary Therese McDowell
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5         User: MMchugh            Page 1 of 3          Date Rcvd: Aug 21, 2019
                             Form ID: ntcnfhrg        Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2019.
db/jdb         +Gerard F McDowell,    Mary Therese McDowell,    194 Terrace Avenue,    Trucksville, PA 18708-1928
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
5222219        #Allied Interstate, LLC,    PO Box 361445,    Columbus, OH 43236-1445
5228315        +American Express National Bank, AENB,    c/o Zwicker and Associates, P.C.,
                 Attorneys/Agents for Creditor,    P.O. 9043,    Andover, MA 01810-0943
5222221         Amex,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
5222220         Amex,    Correspondence/Bankruptcy,    PO Box 981540,    El Paso, TX 79998-1540
5222222       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    Attn: Bankruptcy,    PO Box 982238,
                 El Paso, TX 79998-2238)
5222223         Bank of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
5222227         CBCS,    PO Box 2589,    Columbus, OH 43216-2589
5222228         Chase Card,    PO Box 15369,    Wilmington, DE 19850-5369
5222229         Chase Card Services,    Attn: Bankruptcy,    PO Box 15298,    Wilmington, DE 19850-5298
5222231         Citicards Cbna,    PO Box 6241,    Sioux Falls, SD 57117-6241
5222230         Citicards Cbna,    Citi Bank,    PO Box 6077,    Sioux Falls, SD 57117-6077
5222236         Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
5222237        +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
5222238         Credit First National Association,    Attn: Bankruptcy,    PO Box 81315,
                 Cleveland, OH 44181-0315
5222242         Deptartment Store National Bank/Macy’s,    Attn: Bankruptcy,    9111 Duke Blvd,
                 Mason, OH 45040-8999
5222245        +Intermountain Medical Group,    610 Wyoming Ave,    Kingston, PA 18704-3787
5230320        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5231054        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5222254         MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
5222248         Macys/dsnb,    PO Box 8218,    Mason, OH 45040-8218
5222249         Medical Revenue Service,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
5222250        +Merchants & Medical Credit Corporation,    6324 Taylor Dr,    Flint, MI 48507-4685
5222251         Midland Credit Management, Inc,    PO Box 301030,    Los Angeles, CA 90030-1030
5222253         Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5222255         National Revocery Service,    PO Box 8005,    Cleveland, TN 37320-8005
5222256        +Nationstar/mr Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
5222257         North American Partners In Anesthesia,    PO Box 275,    Glen Head, NY 11545-0275
5222259         Professional Account Services, Inc.,    PO Box 188,    Brentwood, TN 37024-0188
5222262         Select Portfolio Svcin,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
5222269         Weltman, Weinberg & Reis Co., LPA,    170 S Independence Mall W Ste 874W,
                 Philadelphia, PA 19106-3334
5222271         Wilkes Barre General Hospital,    PO Box 637907,    Cincinnati, OH 45263-7907
5234841        +Wilkes-Barre General Hospital,    c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2019 19:46:19
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5222225         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 21 2019 19:35:23
                 Capital One Bank USA N,    15000 Capital One Dr,    Richmond, VA 23238-1119
5222224         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 21 2019 19:35:41       Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
5222226         E-mail/Text: bankruptcy@cavps.com Aug 21 2019 19:26:27       Cavalry Portfolio Serv,
                 PO Box 27288,    Tempe, AZ 85285-7288
5225442        +E-mail/Text: bankruptcy@cavps.com Aug 21 2019 19:26:27       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5222232         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 21 2019 19:26:08       Comenity Bank/Bon Ton,
                 Attn: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
5222234         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 21 2019 19:26:08       ComenityCapital/Boscov,
                 Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
5222233         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 21 2019 19:26:09       Comenitybk/bonton,
                 PO Box 182789,    Columbus, OH 43218-2789
5222235         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 21 2019 19:26:09       Comenitycb/boscov,
                 PO Box 182120,    Columbus, OH 43218-2120
5222239         E-mail/Text: bdsupport@creditmanagementcompany.com Aug 21 2019 19:26:28
                 Credit Management Company,    PO Box 16346,    Pittsburgh, PA 15242-0346
5222240         E-mail/PDF: creditonebknotifications@resurgent.com Aug 21 2019 19:35:07       Credit One Bank,
                 ATTN: Bankruptcy Department,    PO Box 98873,    Las Vegas, NV 89193-8873
5222241         E-mail/PDF: creditonebknotifications@resurgent.com Aug 21 2019 19:35:08       Credit One Bank NA,
                 PO Box 98872,    Las Vegas, NV 89193-8872
5222243         E-mail/Text: mrdiscen@discover.com Aug 21 2019 19:25:47       Discover Financial,
                 Attn: Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850-5316
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5224497        E-mail/Text: mrdiscen@discover.com Aug 21 2019 19:25:47      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5222244        E-mail/Text: bankruptcy@frost-arnett.com Aug 21 2019 19:25:46     Frost-Arnett,   PO Box 198988,
                 Nashville, TN 37219-8988
5222246        E-mail/Text: bncnotices@becket-lee.com Aug 21 2019 19:25:52      Kohls/Capital One,
                 Kohls Credit,    PO Box 3120,    Milwaukee, WI 53201-3120
5222247       +E-mail/Text: bncnotices@becket-lee.com Aug 21 2019 19:25:52      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
5225795        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2019 19:35:09      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5222252        E-mail/Text: bankruptcydpt@mcmcg.com Aug 21 2019 19:26:16      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
5236030        E-mail/Text: helen.ledford@nrsagency.com Aug 21 2019 19:26:41      NAPA PENNSYLVANIA,
                 C/O NATIONWIDE RECOVERY SERVICE,    P.O. BOX 8005,    CLEVELAND, TN 37320-8005
5222258        E-mail/Text: paparalegals@pandf.us Aug 21 2019 19:26:39      Patenaude & Felix, A.P.C.,
                 501 Corporate Dr,    Canonsburg, PA 15317-8584
5222260        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2019 19:35:29      Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5222261        E-mail/Text: jennifer.chacon@spservicing.com Aug 21 2019 19:26:42
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
5222263        E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2019 19:35:46      Syncb/Care Credit,   C/o,
                 PO Box 965036,    Orlando, FL 32896-5036
5222265        E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2019 19:35:48      Syncb/Sams Club DC,
                 PO Box 965005,    Orlando, FL 32896-5005
5222264        E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2019 19:35:27      Syncb/jcp,   PO Box 965007,
                 Orlando, FL 32896-5007
5222426       +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2019 19:35:08      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5222266        E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2019 19:35:48      Synchrony Bank/ Jc Penneys,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL 32801-5060
5222267        E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2019 19:35:47      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
5222268        E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2019 19:35:11      Synchrony Bank/Sams Club,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
5222270        E-mail/Text: BKRMailOps@weltman.com Aug 21 2019 19:26:19      Weltman, Weinberg & Reis Co., LPA,
                 3705 Marlane Dr,    Grove City, OH 43123-8895
                                                                                              TOTAL: 31

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5223579        Nationstar Mortgage LLC d/b/a Mr. Cooper,   8950 Cypress Waters Blvd, Coppell, Texas
5222272*       Wilkes-Barre General Hospital,   PO Box 637907,   Cincinnati, OH 45263-7907
                                                                                  TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5            User: MMchugh              Page 3 of 3            Date Rcvd: Aug 21, 2019
                                Form ID: ntcnfhrg          Total Noticed: 65
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    CSMC 2019-JR1 Trust bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              Patrick Anthony Kane, III    on behalf of Debtor 2 Mary Therese  McDowell kanelegal@gmail.com
              Patrick Anthony Kane, III    on behalf of Debtor 1 Gerard F McDowell kanelegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Gerard F McDowell, | Chapter 13 |
| **Debtor 1** | |
| Mary Therese McDowell, aka Mary T. McDowell, | Case No. 5:19−bk−03008−RNO |
| **Debtor 2** | |

# Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **September 18, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: September 25, 2019<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 21, 2019 |

ntcnfhrg (03/18)