```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 19-03008-RNO
Gerard F McDowell                                                   Chapter 13
Mary Therese McDowell
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5        User: AutoDocke           Page 1 of 1        Date Rcvd: Aug 05, 2020
                            Form ID: pdf010           Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.
              +Kevin S. Frankel, Esq.,   Shapiro & DeNardo, LLC,   3600 Horizon Drive,   Suite 150,
                King of Prussia, PA 19406-4702
              +Mr. Copper,   P.O. Box 619096,   Dallas, TX 75261-9096
5228315       +American Express National Bank, AENB,   c/o Zwicker and Associates, P.C.,
                Attorneys/Agents for Creditor,   P.O. 9043,   Andover, MA 01810-0943
5222253        Mr. Cooper,   Attn: Bankruptcy,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5224497        E-mail/Text: mrdiscen@discover.com Aug 05 2020 19:47:48     Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   CSMC 2019-JR1 Trust bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              Patrick Anthony Kane, III    on behalf of Debtor 1 Gerard F McDowell kanelegal@gmail.com
              Patrick Anthony Kane, III    on behalf of Debtor 2 Mary Therese  McDowell kanelegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 13 |
| McDowell, Gerard F. : | |
| McDowell, Mary Therese : | |
|     Debtors : | |
| : | |
| McDowell, Gerard F. : | |
| McDowell, Mary Therese : | |
|     Movants : | |
| VS. : | CASE No.: 5:19-bk-03008-RNO |
| : | |
| Charles J. DeHart, III, Trustee, : | |
|     Respondent : | |

**ORDER**

After notice and service and upon consideration of the Debtors' Motion to Temporarily Suspend Trustee Payments, it is hereby ORDERED, ADJUDGED AND DECREED by this Honorable Court that the Debtors' Motion to Temporarily Suspend Trustee Payments is granted and the Debtors are allowed to suspend payments to the Chapter 13 Trustee for a period of two (2) months (i.e. July 2020 through August 2020), due to a temporary loss of income and it is further ordered that if Debtor, Mary Therese McDowell, returns to employment prior to the two (2) month period, Debtors are ordered to commence making monthly payments to the Chapter 13 Trustee.

Dated: August 5, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge   BI

Case 5:19-bk-03008-RNO    Doc 41    Filed 08/07/20    Entered 08/08/20 00:30:08    Desc
Imaged Certificate of Notice    Page 2 of 2