UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| McDowell, Gerard F. | : |
| McDowell, Mary Therese | : CASE No.: 5:19-bk-03008-MJC |
| Debtors | : |

## AMENDED CERTIFICATE OF SERVICE

I, Patrick A. Kane III, Esq., do hereby certify that service of the foregoing Debtors' *"Motion to Convert to Chapter 7"* were made upon:

- Jack N. Zaharopoulos (Trustee), jzaharopoulos@pamd13trustee.com,
- United States Trustee, ustpregion03.ha.ecf@usdoj.gov,
- Patrick A. Kane III, Esq., Counsel for Debtor, kanelegal@gmail.com,
- James Warmbrodt on behalf of Creditor CSMC 2019-JR1 Trust, bkgroup@kmllawgroup.com, and
- Charles G. Wohlrab on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, cwohlrab@raslg.com

Through the Bankruptcy "ECF" system on January 28, 2022.

The following Creditors and/or Parties of Interest were provided service of said Schedules through United States Postal Service via First-Class Mail:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

LVNV Funding, LLC
Resurgent Capital Services

Case 5:19-bk-03008-MJC    Doc 47    Filed 01/28/22    Entered 01/28/22 14:11:59    Desc
Main Document    Page 1 of 3

PO Box 10587
Greenville, SC 29603-0587

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. 9043
Andover, MA 01810-1041

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
JPMC c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

Wilkes-Barre General Hospital
c/o PASI
PO Box 188
Brentwood, TN 37024

NAPA PENNSYLVANIA
C/O NATIONWIDE RECOVERY SERVICE
P.O. BOX 8005
CLEVELAND, TN 37320-8005

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

CREDIT FIRST NA
PO BOX 818011
CLEVELAND, OH 44181-8011

Midland Funding LLC
PO Box 2011
Warren, MI 48090

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57117

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

                          Respectfully Submitted,

                          /s/Patrick A. Kane III, Esquire
                          Attorney for Debtors