GLOBAL OPERATION SERVICES LLC
2220 Sedwick Rd
Durham NC 27713-2654

1809-0106
ORG1:14 / 01 Adcart NE
ORG2:530 Sales Reps
EE ID: 411624      DD

MARY THERESA MCDOWELL
194 TERRACE AVE
TRUCKSVILLE PA 18708

**NON-NEGOTIABLE**

## PERSONAL AND CHECK INFORMATION

Mary Theresa Mcdowell
194 Terrace Ave
Trucksville, PA 18708

**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 411624

**Home Department:** 530 Sales Reps / 01 Adcart NE / 14 GOS

**Pay Period:** 02/28/22 **to** 03/06/22
**Check Date:** 03/11/22     **Check #:** 26569

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 793 | 437.56 | 7846.61 |
| **NET PAY** | **437.56** | **7846.61** |

### ADDITIONAL INFORMATION

**Supervisor Name**     Jonathan Bach

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 480.77 | | 4807.70 |
| | Bonus | | | | | 597.67 |
| | Commission | | | 116.70 | | 5042.55 |
| | Holiday | | | | M8.00 | |
| | Health C-Memo | | | M352.10 | | M3168.90 |
| | **Total Hours** | | | | 8.00 | |
| | **Gross Earnings** | | | 597.47 | | 10447.92 |
| | **Total Hrs Worked** | | | | | |
| | Mileage | | | 46.15 | | 461.50 |
| | **REIMB & OTHER PAYMENTS** | | | 46.15 | | 461.50 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 28.68 | 572.46 |
| Medicare | | 6.70 | 133.88 |
| Fed Income Tax | M 1 | 12.98 | 698.87 |
| PA Income Tax | | 14.20 | 283.48 |
| PA Unemploy | | 0.36 | 6.28 |
| PA KINGT-Luz Inc | | 7.17 | 143.11 |
| PA LKILU-Luz LS | | 1.00 | 10.00 |
| **TOTAL** | | 71.09 | 1848.08 |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| PXCMP EE PRE | 125.11 | 1125.99 |
| PXDEN EE PRE | 6.93 | 62.37 |
| PXVIS EE PRE | 2.93 | 26.37 |
| **TOTAL** | 134.97 | 1214.73 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **437.56** | **7846.61** |

*Payrolls by Paychex, Inc.*