Certificate Number: 16339-PAM-DE-036504072

Bankruptcy Case Number: 19-03008


16339-PAM-DE-036504072

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on April 26, 2022, at 7:49 o'clock PM EDT, Gerard Mcdowell completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 26, 2022

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor