United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Gerard F McDowell  
Mary Therese McDowell  
    Debtors

Case No. 19-03008-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 5  
Date Rcvd: Jun 14, 2022      Form ID: 318      Total Noticed: 76

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerard F McDowell, Mary Therese McDowell, 194 Terrace Avenue, Trucksville, PA 18708-1928 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 5222245 | + | Intermountain Medical Group, 610 Wyoming Ave, Kingston, PA 18704-3787 |
| 5222255 | | National Revocery Service, PO Box 8005, Cleveland, TN 37320-8005 |
| 5222257 | | North American Partners In Anesthesia, PO Box 275, Glen Head, NY 11545-0275 |
| 5222269 | | Weltman, Weinberg & Reis Co., LPA, 170 S Independence Mall W Ste 874W, Philadelphia, PA 19106-3334 |
| 5222271 | | Wilkes Barre General Hospital, PO Box 637907, Cincinnati, OH 45263-7907 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jun 14 2022 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5228315 | + | Email/Text: bkfilings@zwickerpc.com | Jun 14 2022 18:50:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 5222220 | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2022 18:47:55 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5222221 | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2022 18:47:55 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5222223 | | EDI: BANKAMER.COM | Jun 14 2022 22:48:00 | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5222222 | | EDI: BANKAMER.COM | Jun 14 2022 22:48:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 5238525 | + | EDI: BANKAMER2.COM | Jun 14 2022 22:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5222225 | | EDI: CAPITALONE.COM | Jun 14 2022 22:48:00 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 5222227 | ^ | MEBN | Jun 14 2022 18:44:17 | CBCS, PO Box 2589, Columbus, OH 43216-2589 |
| 5239142 | | EDI: CRFRSTNA.COM | Jun 14 2022 22:48:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5249138 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 14 2022 18:50:00 | CSMC 2019-JR1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5222224 | | EDI: CAPITALONE.COM | | |

| Notice ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 14 2022 22:48:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5238977 | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2022 18:58:12 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5222226 | | Email/Text: bankruptcy@cavps.com | Jun 14 2022 18:50:00 | Cavalry Portfolio Serv, PO Box 27288, Tempe, AZ 85285-7288 |
| 5225442 | + | Email/Text: bankruptcy@cavps.com | Jun 14 2022 18:50:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5247840 | + | EDI: CITICORP.COM | Jun 14 2022 22:48:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5222231 | | EDI: CITICORP.COM | Jun 14 2022 22:48:00 | Citicards Cbna, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5222230 | | EDI: CITICORP.COM | Jun 14 2022 22:48:00 | Citicards Cbna, Citi Bank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 5222232 | | EDI: WFNNB.COM | Jun 14 2022 22:48:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5222234 | | EDI: WFNNB.COM | Jun 14 2022 22:48:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5222233 | | EDI: WFNNB.COM | Jun 14 2022 22:48:00 | Comenitybk/bonton, PO Box 182789, Columbus, OH 43218-2789 |
| 5222235 | | EDI: WFNNB.COM | Jun 14 2022 22:48:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 5222236 | | Email/Text: dylan.succa@commercialacceptance.net | Jun 14 2022 18:50:00 | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 5222237 | + | EDI: CRFRSTNA.COM | Jun 14 2022 22:48:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 5222238 | | EDI: CRFRSTNA.COM | Jun 14 2022 22:48:00 | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 5222239 | | Email/Text: bdsupport@creditmanagementcompany.com | Jun 14 2022 18:50:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 5222240 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 14 2022 18:47:55 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5222241 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 14 2022 18:48:05 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5222243 | | EDI: DISCOVER.COM | Jun 14 2022 22:48:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850-5316 |
| 5222242 | + | EDI: CITICORP.COM | Jun 14 2022 22:48:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5222248 | + | EDI: CITICORP.COM | Jun 14 2022 22:48:00 | Macys/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 5247841 | | EDI: Q3G.COM | Jun 14 2022 22:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5224497 | | EDI: DISCOVER.COM | Jun 14 2022 22:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5222244 | | Email/Text: bankruptcy@frost-arnett.com | Jun 14 2022 18:50:00 | Frost-Arnett, PO Box 198988, Nashville, TN 37219-8988 |
| 5222228 | | EDI: JPMORGANCHASE | Jun 14 2022 22:48:00 | Chase Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5222229 | | EDI: JPMORGANCHASE | | |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 5230320 | + | Email/Text: RASEBN@raslg.com | Jun 14 2022 22:48:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| | | | Jun 14 2022 18:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5231054 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 14 2022 18:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5222246 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 14 2022 18:50:00 | Kohls/Capital One, Kohls Credit, PO Box 3120, Milwaukee, WI 53201-3120 |
| 5222247 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 14 2022 18:50:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 5225795 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2022 18:47:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5222254 | ^ | MEBN | Jun 14 2022 18:44:17 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5222249 | | Email/Text: MDSBankruptcies@meddatsys.com | Jun 14 2022 18:50:00 | Medical Revenue Service, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5222250 | + | Email/Text: bankruptcy@mermed.com | Jun 14 2022 18:50:00 | Merchants & Medical Credit Corporation, 6324 Taylor Dr, Flint, MI 48507-4685 |
| 5222251 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2022 18:50:00 | Midland Credit Management, Inc, PO Box 301030, Los Angeles, CA 90030-1030 |
| 5222252 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2022 18:50:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 5240723 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2022 18:50:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5222253 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 14 2022 18:50:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5236030 | | Email/Text: paula.tilley@nrsagency.com | Jun 14 2022 18:50:00 | NAPA PENNSYLVANIA, C/O NATIONWIDE RECOVERY SERVICE, P.O. BOX 8005, CLEVELAND, TN 37320-8005 |
| 5223579 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 14 2022 18:50:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 5222256 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 14 2022 18:50:00 | Nationstar/mr Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5248176 | | EDI: PRA.COM | Jun 14 2022 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5222259 | | Email/Text: pasi_bankruptcy@chs.net | Jun 14 2022 18:50:00 | Professional Account Services, Inc., PO Box 188, Brentwood, TN 37024-0188 |
| 5222258 | | Email/Text: paparalegals@pandf.us | Jun 14 2022 18:50:00 | Patenaude & Felix, A.P.C., 501 Corporate Dr, Canonsburg, PA 15317-8584 |
| 5245441 | | EDI: Q3G.COM | Jun 14 2022 22:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5245443 | | EDI: Q3G.COM | Jun 14 2022 22:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5222260 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2022 18:47:48 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5222261 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 14 2022 18:50:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5222262 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 14 2022 18:50:00 | Select Portfolio Svcin, 10401 Deerwood Park |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Blvd, Jacksonville, FL 32256-5007 |
| 5222263 | | EDI: RMSC.COM | Jun 14 2022 22:48:00 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5222265 | | EDI: RMSC.COM | Jun 14 2022 22:48:00 | Syncb/Sams Club DC, PO Box 965005, Orlando, FL 32896-5005 |
| 5222264 | | EDI: RMSC.COM | Jun 14 2022 22:48:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 5222426 | + | EDI: RMSC.COM | Jun 14 2022 22:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5222266 | | EDI: RMSC.COM | Jun 14 2022 22:48:00 | Synchrony Bank/ Jc Penneys, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32801-5060 |
| 5222267 | | EDI: RMSC.COM | Jun 14 2022 22:48:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5222268 | | EDI: RMSC.COM | Jun 14 2022 22:48:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5243052 | | EDI: AIS.COM | Jun 14 2022 22:48:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5222270 | | Email/Text: BKRMailOps@weltman.com | Jun 14 2022 18:50:00 | Weltman, Weinberg & Reis Co., LPA, 3705 Marlane Dr, Grove City, OH 43123-8895 |
| 5234841 | + | Email/Text: pasi_bankruptcy@chs.net | Jun 14 2022 18:50:00 | Wilkes-Barre General Hospital, c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |

TOTAL: 69

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5246433 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5222272 | * | Wilkes-Barre General Hospital, PO Box 637907, Cincinnati, OH 45263-7907 |
| 5222219 | ## | Allied Interstate, LLC, PO Box 361445, Columbus, OH 43236-1445 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper cwohlrab@raslg.com |

| | |
| --- | --- |
| James Warmbrodt | on behalf of Creditor CSMC 2019-JR1 Trust bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| Lisa Ann Rynard (Trustee) | larynard@larynardlaw.com aburd@pkh.com,PA88@ecfcbis.com |
| Patrick Anthony Kane, III | on behalf of Debtor 2 Mary Therese McDowell kanelegal@gmail.com |
| Patrick Anthony Kane, III | on behalf of Debtor 1 Gerard F McDowell kanelegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Gerard F McDowell<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9377<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Mary Therese McDowell<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7450<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19–bk–03008–MJC | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gerard F McDowell

Mary Therese McDowell
aka Mary T. McDowell

**By the court:**

6/14/22

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**